IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE:   AISHA L. KING, | * | Case No. 16-23329 LS |
| Debtor(s). | * | Chapter 13 |
| * * * * * * | * | * * * * * * |
| CAPITAL ONE, N.A. | * | |
| Movant(s), | * | |
| v. | * | |
| THOMAS WILLIAM CADY, et al. | * | |
| Debtor(s)/Respondent(s) | * | |
| v. | | |
| Timothy P. Branigan, Esq. | * | |
| Chapter 13 Trustee | * | |
| * * * * * * | * | * * * * * * |

**RESPONSE TO MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**

Now comes the Respondent(s), through attorney, Marc A. Ominsky, Esq. and The Law Offices of Marc A. Ominsky, LLC and respond(s) to the Motion for Relief from the Automatic Stay and state(s):

1) The Respondent denies the allegations contained in paragraph 1 of the Motion as Timothy P. Branigan is not the Respondent-Debtor;

2) The Respondent admits the allegations contained in paragraphs 2 through 5 of the Motion.

3) The Respondent denies the allegations contained in paragraphs 6 through 11 of the Motion.

4)   The Respondent admits to to the allegations contained in paragraphs 12 through 13 of the Motion.

5)   The Respondent denies the allegations contained in paragraphs 14 through 19 of the Motion.

WHEREFORE, the Respondent, Thomas William Cady, respectfully requests that this Honorable Court deny the Movant's Motion for Relief of the Automatic Stay.

Respectfully submitted,

/s/Marc A. Ominsky
Marc A. Ominsky, #13956
The Law Offices of Marc A. Ominsky, LLC
10632 Little Patuxent Pkwy, Ste 249
Columbia, MD 21044
(443) 539-8712
Attorney for Debtors/ Respondents

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 21st day of June, 2017 a copy of the foregoing Response to *Motion for Relief from the Automatic Stay* was sent by electronic mail via the CM/ECF to:

Lisa M. Goldblatt, Esq.
Lisa@lisamgoldblatt.com
*Movant's Counsel*

Timothy P. Branigan, Esq.
cmecf@chapter13maryland.com
*Chapter 13 Trustee*

/s/ Marc A. Ominsky
Marc A. Ominsky